IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

JONATHAN PAUL CATLIN,

    Plaintiff,

v.

    Civil Action No. 13-cv-06394-CJS

NCO FINANCIAL SYSTEMS, INC.,

    Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jonathan Paul Catlin, and Defendant, NCO Financial Systems, Inc. ("NCO"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NCO with each side to bear its own fees and costs.

Dated: April 4, 2014.

_____
Jonathan Paul Catlin, Pro Se
6495 Edson Road
Naples, NY 14512

_____
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Attorneys for Defendant,
NCO Financial Systems, Inc.

SO ORDERED

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 4-7-14